IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY G. JACKSON, | ) | No. C 12-0855 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING PETITIONER |
| | ) | TO PAY FILING FEE OR FILE |
| vs. | ) | COMPLETED IN FORMA |
| | ) | PAUPERIS APPLICATION |
| | ) | |
| WARDEN MIKE MCDONALD, | ) | (Docket Nos. 5, 7) |
| | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus in the Eastern District of California, pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence.[1] On February 13, 2012, the Eastern District of California transferred the action to this Court, the preferable venue, because Petitioner was convicted in Santa Clara County Superior Court. On March 27, 2012, the Court sent Petitioner a Clerk's Notice, directing him to either pay the $350.00 filing fee or file a completed application to proceed *in forma pauperis* ("IFP") within thirty days. On April 9, 2012, Petitioner filed a "motion to convert or to

---

[1] Petitioner initially brought this action against Matthew Cate, the Secretary of the California Department of Corrections and Rehabilitation. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mike McDonald, the current warden of California Institute for Men, is hereby substituted as Respondent in place of Matthew Cate.

Order Directing Petitioner to Pay Filing Fee or File Completed In Forma Pauperis Application
G:\PRO-SE\SJ.LHK\HC.12\Jackson855misc.wpd

1  withdraw a mis-characterized and misconverted 1983 action."

2  Although the Court did not convert Petitioner's petition into a Section 1983 action, the
3  Clerk's Notice sent to Petitioner should have informed him that he was required to pay the $5.00
4  filing fee for federal habeas petitions – not $350.00 – or file a completed application to proceed
5  IFP.  Petitioner's writ of federal habeas corpus is filed as an action pursuant to 28 U.S.C. § 2254.
6  **Within thirty days** of the filing date of this order, Petitioner shall either pay the $5.00 filing fee,
7  or file a completed application to proceed IFP.  **Failure to comply with this order will result in**
8  **the dismissal of this action without prejudice.**

9  Petitioner's motion to take judicial notice of the transferred petition is DENIED as
10 unnecessary.  Petitioner's motion to convert this action back to a habeas corpus proceeding is
11 DENIED as unnecessary.  At this time, Petitioner's request for evidentiary hearing and
12 appointment of counsel are DENIED without prejudice.

13 This order terminates docket numbers 5 and 7.

14 IT IS SO ORDERED.

15 DATED: 5/10/12

*Lucy H. Koh*

16 LUCY H. KOH
United States District Judge

Order Denying Motion for Leave to Proceed In Forma Pauperis; Order of Dismissal With Leave to Amend
G:\PRO-SE\SJ.LHK\HC.12\Jackson855misc.wpd     2