IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. JACKSON, | No. C 12-0855 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| WARDEN RON BARNES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 25, 2012, the Court denied Petitioner's motion to proceed in forma pauperis, denied Petitioner's motion for the Court to withdraw the $5.00 filing fee from his trust account, and directed Petitioner to submit the filing fee within thirty days. The Court warned Petitioner that the failure to pay the filing fee would result in the dismissal without prejudice of this case. As more than thirty days have passed, and Petitioner has not paid the filing fee, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED:  Cwi wuv'34."4234

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Jackson855ifpdis.wpd