IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. JACKSON, ) | No. C 12-0855 LHK (PR) |
| Petitioner, ) | |
| v. ) | ORDER VACATING JUDGMENT; RE-OPENING CASE; DIRECTING PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS |
| WARDEN RON BARNES, ) | |
| Respondent. ) | |

On February 3, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence. On June 25, 2012, the Court found that, liberally construed, Petitioner raised five cognizable claims in his federal petition. The Court ordered Respondent to file an answer or dispositive motion. The Court also ordered Petitioner to pay the $5.00 filing fee. On August 12, 2012, the Court dismissed this action for failure to timely pay the filing fee. On September 12, 2012, Petitioner paid the $5.00 filing fee. Accordingly, the Court *sua sponte* vacates the judgment and re-opens this action.

On September 20, 2012, Respondent filed a motion to dismiss Petitioner's petition as untimely. Petitioner shall file his opposition within thirty days from the filing date of this order. Respondent shall file his reply within fifteen days thereafter.

IT IS SO ORDERED.

DATED: 10/22/12

LUCY H. KOH
United States District Judge

Order Vacating Judgment; Re-Opening Case; Directing Petitioner to File Opposition to Motion to Dismiss
G:\PRO-SE\SJ.LHK\HC.12\Jackson855reo.wpd