IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY G. JACKSON, | ) | No. C 12-0855 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN RON BARNES, | ) ) | |
| Respondent. | ) ) | |

The Court has granted Respondent's motion to dismiss. Therefore, judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/11/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion to Dismiss Petition; Denying Certificate of Appealability
G:\PRO-SE\SJ.LHK\HC.12\Jackson855jud.wpd